IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LES JOHNSON and
LINDA JOHNSON                                                         PLAINTIFFS

v.                              No. 4:15-cv-135-DPM

HOME DEPOT USA, INC.                                                  DEFENDANT

## ORDER

Joint motion to dismiss, № 28, granted. Linda and Les Johnson's claims against Home Depot will be dismissed with prejudice. All parties are to bear their own costs.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

29 September 2016