IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LES JOHNSON and
LINDA JOHNSON                                                              PLAINTIFFS

v.                                  No. 4:15-cv-135-DPM

HOME DEPOT USA, INC.                                                       DEFENDANT

JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 September 2016